**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7969**

---

JOHN A. HAYNES,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; BENJAMIN MONTGOMERY,
Warden; T. TRAVIS MEDLOCK, Attorney General of
the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-94-2390-3-6BC)

---

Submitted: April 9, 1996          Decided: June 19, 1996

---

Before HALL, MURNAGHAN, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John A. Haynes, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Haynes v. South Carolina</u>, No. CA-94-2390-3-6BC (D.S.C. Nov. 17, 1995). We deny Appellant's motion for an investigation, along with his "Informal Motion" that a subsequently filed appeal be required to be considered by a separate panel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>